TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00659-CV

In re Gary D. Robinson

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

The relator, Gary D. Robinson, seeks an order compelling the district clerk to
comply with article 11.07, section 7 of the Texas Code of Criminal Procedure. Jurisdiction of
article 11.07 proceedings lies in the Texas Court of Criminal Appeals. See Tex. Code Crim.
Proc. Ann. art. 11.07, § 3(a) (West Supp. 2000). Accordingly, the petition for writ of mandamus
is denied. See Tex. R. App. P. 52.8(a).

Before Justices Jones, Kidd and Yeakel

Filed: October 27, 2000

Do Not Publish